

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00003-CV

IN RE DWIGHT ERVINE BROWN                    RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and the State's response. Because the trial court has now ruled on relator's request for a free copy of the record in his four cases, the court is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and MEIER, JJ.

DELIVERED: February 11, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).